# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHARLES FUNDERBURG**                                                  **PLAINTIFF**

**V.**                              **4:11-cv-00693-BRW**

**ROBERT HUDGINS**, *et al*.                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim upon which relief may be granted. The relief sought is denied.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any <u>in forma pauperis</u> appeal taken from this Judgment and accompanying Memorandum and Order is considered not in good faith.

IT IS SO ORDERED this 13th day of October, 2011.

                                                                 /s/Billy Roy Wilson
                                               UNITED STATES DISTRICT JUDGE